IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER ESKRIDGE,** Inmate **#B58969,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL NO. 05-200-MJR<br>)<br>) |
| **JOHN EVANS,** *et al.*, | )<br>) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This action comes before the Court on Plaintiff's motion to dismiss the complaint (Doc. 12). Plaintiff states that he does not have the funds to continue with the action and asks that the case be closed "before any further debt is incurred." The Court will grant Plaintiff's motion, but Plaintiff is advised that he will still be required to pay the filing fee for this action, as outlined in the order granting Plaintiff *in forma pauperis* status (Doc. 11), even after the action has been dismissed. *See Hains v. Washington*, 131 F.3d 1248, 1250 (7th Cir. 1997) ("the filing of a complaint . . . is the act that creates the obligation to pay fees, and what the judge does later does not relieve a litigant of this responsibility.")

Accordingly, Plaintiff's motion to dismiss the complaint (Doc. 12) is **GRANTED.** The clerk is **DIRECTED** to **CLOSE THIS CASE**. All pending motion in the action are **DENIED** as moot.

**IT IS SO ORDERED.**

DATED this 16th day of December, 2005.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**